Richard K. DePonte # 011446
**MARGRAVE CELMINS, P.C.**
8171 East Indian Bend Road, Suite 101
Scottsdale, Arizona 85250
(480) 994-2000
rdeponte@mclawfirm.com
   *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICENTA GUTIERREZ, individually; | No. CV |
| Plaintiff, | |
| vs | **C O M P L A I N T** |
| REBECCA MOLINA LLAMAS and JOHN DOE LLAMAS, wife and husband; PASCUA YAQUI TRIBE; UNITED STATES OF AMERICA; U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and X, Y and Z, fictitiously named Defendants, | (Federal Tort Claims Act) |
| Defendants. | |

Plaintiff alleges that:

**COUNT ONE**

**I**

At all times herein mentioned, Plaintiff, VICENTA GUTIERREZ was a resident of Maricopa County, Arizona. Defendants REBECCA MOLINA LLAMAS and JOHN DOE LLAMAS, if married, were residents of Maricopa County, Arizona. Defendant REBECCA MOLINA LLAMAS caused an event to occur in Maricopa County, Arizona that is the subject of this complaint. Any and all acts on the part of Defendant, REBECCA MOLINA LLAMAS, if married, were committed for the benefit of herself and the community composed of herself and her husband.

Defendant PASCUA YAQUI TRIBE is a sovereign nation located within Arizona with a principal place of business in Tucson, Arizona.  Defendants United States of America, U.S. Department of Interior and U.S. Department of Health and Human Services are governmental entities or departments of a governmental entity.

**II**

Plaintiff timely filed a Notice of Claim with the United States of America and its appropriate departments pursuant to the Federal Tort Claims Act of 28 U.S.C. 1346(b).

**III**

The amount in controversy exceeds the minimum amount required for the jurisdiction in this Court.

**IV**

On October 31, 2007, at approximately 10:38 a.m., Plaintiff VICENTA GUTIERREZ was a passenger in a vehicle being driven by Defendant REBECCA MOLINA LLAMAS.  Said host vehicle was heading in a southbound direction on Priest Drive near its intersection with Darrow Drive in Tempe, Maricopa County, Arizona.  At said time and place, Defendant LLAMAS failed to stop pursuant to a red traffic signal and collided with a vehicle operated by Darren Paul Soto

**V**

At said time and place, Defendant REBECCA MOLINA LLAMAS negligently drove her vehicle causing it to collide with the vehicle being operated by Darren Paul Soto.

**VI**

As a direct and proximate result of the Defendant's negligence, Plaintiff VICENTA GUTIERREZ sustained physical injuries and pain and suffering, some of which may be permanent in nature, all to her general damage in an amount to be proven at trial of this matter.

**VII**

As a direct and proximate result of the Defendant's negligence, Plaintiff VICENTA GUTIERREZ has incurred and will continue to incur medical expenses and other damages.

**VIII**

Plaintiff believes and therefore alleges that Defendant REBECCA MOLINA LLAMAS was acting within the course and scope of her employment with Defendant PASCUA YAQUI TRIBE at the time of the acts complained of herein. As a result, Defendant PASCUA YAQUI TRIBE is vicariously liable for the negligent acts of its employee in accordance with the doctrine of *respondeat superior*.

**IX**

Upon information and belief, the United States of America, U.S. Department of Interior and/or U.S. Department of Health and Human Services are vicariously liable for the negligent acts of Defendants Llamas and the Pascua Yaqui Tribe.

**X**

X, Y, and Z are fictitiously named Defendants, and if said Defendants are found to be liable for the injuries of the Plaintiff, Plaintiff will ask leave to amend her Complaint to state the true names of Defendants and the appropriate charging allegations.

**WHEREFORE**, Plaintiff requests Judgment against the Defendants as follows:

1. For general damages, including pain and suffering, in the amount of $75,000.00.

2. For special damages, including past and future medical expenses and other damages, in the amount of $13,911.92.

1     3.     For costs incurred herein.

                                                     MARGRAVE CELMINS, P.C.

                                              By    s/Richard K. DePonte
                                                       Richard K. DePonte
                                                       Attorney for Plaintiff

N:\WP50\GUTIERREZ\District Court\Complaint.wpd

4