Richard K. DePonte# 011446
**MARGRAVE CELMINS, P.C.**
8171 East Indian Bend Road, Suite 101
Scottsdale, Arizona 85250
(480) 994-2000
rdeponte@mclawfirm.com
    *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICENTA GUTIERREZ, individually;<br><br>    Plaintiff,<br><br>vs<br><br>REBECCA MOLINA LLAMAS and JOHN DOE LLAMAS, wife and husband; PASCUA YAQUI TRIBE; UNITED STATES OF AMERICA; U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and X, Y and Z, fictitiously named Defendants,<br><br>    Defendants. | No. CV -11-00457-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Federal Tort Claims Act) |

TO THE CLERK OF THE COURT:

    TAKE NOTICE that pursuant to rule 41(a)(i), Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, does hereby voluntarily dismiss this action without prejudice as to all Defendants.

    Plaintiff certifies that an Answer was not filed in this matter and, thus, this Notice is appropriate under the applicable rule.

    RESPECTFULLY SUBMITTED this 14th day of October, 2011.

                             MARGRAVE CELMINS, P.C.


                           By    /s/ Richard K. DePonte
                               Richard K. DePonte
                               Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14th 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

United States of America
Pascua Yaqui Tribe of Arizona
United States Department of Health and Human Services
United States Department of the Interior
Rebecca Molina Llamas
Ferdose al-Taie
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Ste. 1200
Phoenix, AZ 85004

     /s/ M. Betz

N:\WP50\GUTIERREZ\District Court\Notice of Voluntary Dismissal.wpd